UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HA'SHONEE SOLOMON, | ) | 1:05-cv-00923-REC-TAG HC |
| | ) | |
| Petitioner, | ) ) ) | ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 9) |
| | ) | |
| v. | ) ) ) | ORDER GRANTING PETITIONER'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS (Doc. 8) |
| MATHEW C. KRAMER, et al., | ) | |
| Respondents. | ) ) ) | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1) |
| | | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition on June 27, 2005. (Doc. 1). On July 27, 2005, Petitioner filed a motion to voluntarily dismiss his petition. (Doc. 8). On August 2, 2005, the Magistrate Judge issued a Report and Recommendation that Petitioner's motion be GRANTED. (Doc. 9). This Report and Recommendation was served on all parties and contained notice that any objections to the Report and Recommendation were to be filed within thirty days of the date of service of the order. Over thirty days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Report and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation issued August 9, 2005 (Doc. 9), is ADOPTED IN FULL;

2. Petitioner's motion to dismiss (Doc. 8), is GRANTED;

1

3. The petition for writ of habeas corpus (Doc. 1) is DISMISSED; and

4. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent.

IT IS SO ORDERED.

**Dated:  September 13, 2005**          **/s/ Robert E. Coyle**
668554                                   UNITED STATES DISTRICT JUDGE